AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
MAR 2 6 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No.  4:14-mj-70405-MAG-1 |
| | ) |
| Gregory John Rojas | ) Charging District: District of Guam, Hagana |
| | ) |
| *Defendant* | ) Charging District's Case No.  CR-14-00008 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court, District of Guam<br>344 U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96920 |
|---|---|
| Courtroom No.: | 3rd Flr., Mag. Joaquin Manibusan, III |
| Date and Time: | 4/14/14 (after rep. in US Marshal in Guam) |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Mar 26, 2014

*Judge's signature*

**DONNA M. RYU**, U.S. Magistrate Judge
*Printed name and title*

cc: Copy to parties via ECF, Pretrial Services, 2 Certified copy to US Marshal, Mag. Joaquin Manibusan, III